THE STATE EX REL. OHIO STATE UNIVERSITY HOSPITAL, APPELLANT, *v.*

INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Ohio State Univ. Hosp. v. Indus. Comm.,*

132 Ohio St.3d 515, 2012-Ohio-3827.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 2011-1867—Submitted July 10, 2012—Decided August 28, 2012.)

APPEAL from the Court of Appeals for Franklin County,

No. 10AP-720, 2011-Ohio-4758.

_____

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

_____

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

MCGEE BROWN, J., not participating.

_____

Kegler, Brown, Hill & Ritter Co., L.P.A., Randall W. Mikes, and Margeaux Kimbrough, for appellant.

Michael DeWine, Attorney General, and Kevin J. Reis, Assistant Attorney General, for appellee Industrial Commission of Ohio.

The Bainbridge Firm, L.L.C., and Christopher J. Yeager, for appellee Jeanette Bolin.

_____